UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

E. MISHAN & SONS, INC.,

        Plaintiff,

- against -

TEKNO PRODUCTS, INC., ET AL.,

        Defendants.

19-cv-1910 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated at the conference on January 9, 2020, the defendants' motion to dismiss Counts I-V of the Second Amended Complaint is **denied**. The Clerk is directed to close **Docket Numbers 33 and 47**.

SO ORDERED.

Dated: New York, New York
January 9, 2020

_____
John G. Koeltl
United States District Judge