UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
E. MISHAN & SONS, INC.,

                Plaintiff,

       -v-

TEKNO PRODUCTS, INC. ET AL.,

                Defendants.
------------------------------------------------------------------X

19-cv-01910 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2020

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes.  It is hereby:

    ORDERED that the parties appear for a post-discovery conference on July 28, 2020 at 2:00 p.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York. The previously-set July 17, 2020 deadline for filing dispositive motions is hereby CANCELLED.

    In advance of the conference and no later than July 14, 2020, any party intending to move for summary judgment shall file on ECF a letter, not to exceed three pages in length, setting forth the basis for the anticipated summary judgment motion, including the legal standards and elements governing the claims at issue. Any party intending to oppose that motion shall file on ECF a letter, not to exceed three pages in length, setting forth anticipated arguments in opposition by July 21, 2020. The content and timing for any anticipated motions for summary judgment will be discussed at the July 28, 2020 status conference.

    The deadline for submission of a Joint Pretrial Order is RESET to October 27, 2020.

    SO ORDERED.

Dated: February 13, 2020
       New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge