```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
 :
E. MISHAN & SONS, INC., :
 :
                Plaintiff, :
 : 19-cv-01910 (LJL)
    -v- :
 : ORDER
TEKNO PRODUCTS, INC. ET AL., :
 :
                Defendants. :
 :
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 30(b)(3) and (b)(4), that all depositions in this case may be taken via telephone, videoconference, or other remote means, and may be recorded by any reliable audio or audiovisual means.


      SO ORDERED.

Dated: June 2, 2020
       New York, New York                        _____
                                                            LEWIS J. LIMAN
                                                    United States District Judge